# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina
Charlotte Division

FILED
CHARLOTTE, NC
AUG 29 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

Nusku Utley-Sanders
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See Attachment
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:25-CV-645-MOC
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## Amended COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Nusku Utley-Sanders
Street Address: 8410 University Blvd Suite A3 PMB 173
City and County: Charlotte, Mecklenburg
State and Zip Code: North Carolina
Telephone Number: 310-721-7588
E-mail Address: nuskuutley@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: Dayrise Residential, LLC (Corporation)
- Job or Title (if known): Multi Family Real Estate (Management)
- Street Address: 1700 West Loop South, Suite 350
- City and County: Houston
- State and Zip Code: Texas 77027
- Telephone Number: 713-784-6200
- E-mail Address (if known):

Defendant No. 2
- Name: Dayrise Residential NC, LLC (Corporation)
- Job or Title (if known): Multifamily Property Management
- Street Address: 1700 West Loop South, Suite 350
- City and County: Houston
- State and Zip Code: Texas 77027
- Telephone Number: 713-784-6200
- E-mail Address (if known):

Defendant No. 3
- Name: 9201 Glenwater Dr. LLC (Corporation)
- Job or Title (if known): Property Owner
- Street Address: 9201 Glenwater Dr.
- City and County: Charlotte NC Mecklenburg
- State and Zip Code: North Carolina 28262
- Telephone Number: (980) 785-1450
- E-mail Address (if known):

Defendant No. 4
- Name: Maria Ortega
- Job or Title (if known): Manager (Dayrise Residential & RPM)
- Street Address: 9201 Glenwater Dr.
- City and County: Charlotte, Mecklenburg
- State and Zip Code: North Carolina 28262
- Telephone Number: (980) 785-1450
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. This section arises under 42 U.S.C. § 1983 and § 1985 (2) for violations of the fourth & fourteenth Amendments to the U.S. Constitution. Defendants, acting under color of state law, conspired to deprive Plaintiff of her property and liberty interests without due process, obstruct justice, and deny equal protection of the laws through an illegal lockout, desecration of human remains, and a judicial cover-up. (See attachment 1 for a more complete statement.)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,
      and has its principal place of business in the State of *(name)*
      _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: The amount in controversy exceeds $75,000 because Defendants' actions caused the irreversible destruction of human remains, severe and ongoing emotional trauma, economic losses, and the need for generational reparations, with total compensatory and punitive damages sought exceeding sought exceeding $1.27 billion. (See attachment 1 for a more complete statement.)

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In June 2025, Defendants illegally locked Plaintiff out of his home and seized his mother's ashes. While sending deceptive notices, they held a secret eviction hearing. In July, they compacted and discarded the ashes in a landfill. When Plaintiff sued, Judicial Defendants suppressed filings, threatened contempt, and expedited defense motions to cover up the misconduct and deny a state remedy. (See attachment 1 for a more complete statement.)

Case 3:25-cv-00645-MOC-DCK    Document 3    Filed 08/29/25    Page 4 of 5

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks over $1.27 billion in compensatory and punitive damages, a declaratory judgement that her rights were violated, and ~~injunction~~ injunctive evidence preservation and a federal monitor. The wrongful destruction of evidence and obstructive litigation tactics are ongoing. Damages are based on the unique value of human remains, severe psychological impact, and the need for deterrance.

(See attachment 1 for a more complete statement.)

Wherefore, Plaintiff respectfully requests this court, grants,

JURY DEMAND

"Plaintiff demands a trial by Jury on all issues so triable pursuant to Federal Rule of Civil Procedure 38."

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/29/25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Nusku Utley-Sanders

#### B. For Attorneys

Date of signing: _____

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address